**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00061-RPM-KLM

BENNIE DAVIS,

                Plaintiff,

v.

NORTHLAND GROUP, INC., a Minnesota corporation,

                Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

        THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

        BY THE COURT:

February 11, 2013        s/Richard P. Matsch

_____       _____

DATE                Richard P. Matsch, Senior District Judge